UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.                                    Case No. 1:15cr109

Richard Stamper,                Judge Michael R. Barrett

    Defendant.

CRIMINAL MINUTES
before
Judge Michael R. Barrett
FINAL PRETRIAL CONFERENCE/MOTION HEARING

Courtroom Deputy: **Barbara Crum**
Law Clerk: **Grace Royalty**
Court Reporter: **Maryann Maffia, Official Court Reporter**
Date: **January 28, 2016** Time: Commenced 3:09 Concluded 4:50 Total 1:61

United States Attorney: Christy Muncy    Defendant Attorney: Richard Smith-Monahan

**Court Proceeding:**

✓ Counsel present.

✓ trial procedures discussed:

✓ Case to proceed for trial on 2/16/16 @ 1pm, Courtroom 109.

Remarks: Doc. 30 submitted on the filing by both parties.

    Doc. 31 (Pam Kirschner witness by TT); Exhibits 37-1 + 37-2 / D)
    (Lisa Dugan   "   "   ")   "   37-2 / P)

    Docs 32 + 33 - argued by the parties

✓ order to follow.